FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 17, 2024

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>$40,667.00 U.S. CURRENCY,<br><br>  Defendant. | CASE NO. 4:20-CV-5217-TOR<br><br>ORDER GRANTING UNITED STATES' MOTION FOR DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE |

BEFORE THE COURT is Plaintiff's Motion for Default Judgment and Final Order of Forfeiture. ECF No. 43.

Plaintiff alleged in its First Amended Verified Complaint for Forfeiture In Rem that the Defendant property captioned above is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981. (ECF No. 9).

The Court has jurisdiction over this matter under 28 U.S.C. § 1355, and venue is proper under 28 U.S.C. §§ 1355 and 1395.

The Defendant Property being sought for forfeiture is described as follows:

ORDER GRANTING UNITED STATES' MOTION FOR DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE ~ 1

    a. $20,107.00 U.S. currency seized by the Federal Bureau of Investigation pursuant to the execution of a federal search and seizure warrant on or about May 28, 2020.

    b. $11,500.00 U.S. currency seized by the Federal Bureau of Investigation pursuant to the execution of a federal search and seizure warrant on or about May 28, 2020.

    c. $4,273.00 U.S. currency seized by the Federal Bureau of Investigation pursuant to the execution of a federal search and seizure warrant on or about May 28, 2020.

    d. $3,197.00 U.S. currency seized by the Federal Bureau of Investigation pursuant to the execution of a federal search and seizure warrant on or about May 28, 2020.

    e. $1,600.00 U.S. currency seized by the Federal Bureau of Investigation pursuant to the execution of a federal search and seizure warrant on or about May 28, 2020.

On January 19, 2022, the United States Marshals Service executed the Warrant of Arrest In Rem. (ECF Nos. 22, 24).

On January 5, 2022, through February 5, 2022, notice of forfeiture was posted on an official government website, www.forfeiture.gov. (ECF No. 26).

On February 18, 2022, potential claimants were provided notice of this civil forfeiture action. (ECF No. 25).

On October 7, 2022, Claimant Mohammed F. al-Himrani entered into a Plea Agreement in the related criminal case in which he agreed to civil judicial forfeiture of $11,500.00 U.S. currency. *See* Case No. 4:21-CR-6042-MKD, ECF No. 626.

ORDER GRANTING UNITED STATES' MOTION FOR DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE ~ 2

On October 7, 2022, Ali Abed Yaser entered into a Plea Agreement Addendum Re Forfeiture in the related criminal case in which he agreed to civil forfeiture of $4,273.00 U.S. currency. *See* Case No. 4:21-CR-6042-MKD, ECF No. 630.

On April 5, 2023, Hussein A. Yasir entered into a Plea Agreement in the related criminal case in which he agreed to civil judicial forfeiture of $20,107.00 U.S. currency. *See* Case No. 4:21-CR-6042-MKD, ECF No. 784.

On February 8, 2024, Firas Hadi entered into a Plea Agreement in the related criminal case in which he agreed to civil judicial forfeiture of $1,600.00 U.S currency. *See* Case No. 4:21-CR-6042-MKD, ECF No. 1001.

On April 12, 2024, Clerk's Orders of Default were entered against Juman Albosaweim, Mashael Bachay, Ahmad Bachay, Insaf Karawi, Hasanein Yaser, and Amir Mohammed a.k.a. Ameer Mohammed. (ECF No. 41).

No timely claims to the Defendant Property have been received or filed with the Court, and the deadline for filing timely claims has passed.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Default Judgment and Final Order of Forfeiture, ECF No. 43, is **GRANTED**.

ORDER GRANTING UNITED STATES' MOTION FOR DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE ~ 3

2. A Default Judgment is entered against the interests of Juman Albosaweim, Mashael Bachay, Ahmad Bachay, Insaf Karawi, Hasanein Yaser, and Amir Mohammed a.k.a. Ameer Mohammed.

3. The Defendant Property is hereby forfeited to the United States of America and no right, title, or interest shall exist in any other person or entity.

4. **IT IS FURTHER ORDERED** that the United States Marshals Service shall dispose of the forfeited property described herein in accordance with law.

5. The Court shall retain jurisdiction in the case for the purpose of enforcing or amending this Order.

The District Court Clerk is directed to enter this Order and Judgment accordingly and provide copies to counsel. The file is **CLOSED**.

DATED May 17, 2024.



THOMAS O. RICE
United States District Judge

ORDER GRANTING UNITED STATES' MOTION FOR DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE ~ 4