# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 17, 2024

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*<br>v.<br><br>$40,667.00 U.S. CURRENCY,<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No.  4:20-CV-5217-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion for Default Judgment and Final Order of Forfeiture, ECF No. 43, is GRANTED.
A Default Judgment is entered against the interests of Juman Albosaweim, Mashael Bachay, Ahmad Bachay, Insaf Karawi, Hasanein Yaser, and Amir Mohammed a.k.a. Ameer Mohammed.
The Defendant Property is hereby forfeited to the United States of America and no right, title, or interest shall exist in an

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice  on a motion for
Default Judgment and Final Order of Forfeiture.

Date:  May 17, 2024

CLERK OF COURT

SEAN F. McAVOY

s/ Nicole Cruz
*(By) Deputy Clerk*

Nicole Cruz